**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                                    Case No. **13-10670 ESG**

**COLLAZO FERNANDEZ, WILFREDO & CORREA CORREA, EGDA ENID**                     Chapter **13**
                              Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **1/20/2014**                          ☐ AMENDED PLAN DATED: _____
☑ PRE  ☐ POST-CONFIRMATION                     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ __300.00__ x __60__ = $ __18,000.00__
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ __18,000.00__

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ __18,000.00__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __200 per hour__

Signed: **/s/ WILFREDO COLLAZO FERNANDEZ**
            Debtor

            **/s/ EGDA ENID CORREA CORREA**
            Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☑ Other: __Lease contract__
                    ☐ Paid 100% / ☑ Other: __Arrears__
Cr. __BPPR__         Cr. __BPPR__         Cr. __BPPR__
# __25009434 7004__  # __25009434 7004__  # _____
$ __1,408.57__       $ __4,023.18__       $ __5,733.24__
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

---

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU**     Phone: **(787) 746-7979**

CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN R: COLLAZO FERNANDEZ, WILFREDO & CORREA CORREA, EGDA ENID     Case No. 13-10670 ESG
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

1. Debtors assume lease contract for 2007 Chrysler Aspen with Popular Auto and the arrears of $4,023.18 will be paid under the plan.

2. Debtors assume lease contract for 2007 Ford F750 with Popular Auto and the arrears of $5,733.24 will be paid under the plan.

3. Debtors assume lease contract for 2007 Econoline 350 with Popular Auto and the arrears of $1,808.57 will be paid under the plan.

4. Debtors will use all post petition income tax refund to fund the plan in addition to plan's monthly payments.

5. Debtors' attorney informs that received the amount of $1,700.00 prior to the filing of the bankruptcy petition.